In the Matter of the Will of DAVID C. McCOMBS, Deceased.

CLARA A. CUDDEBACK et al., Appellants; HENRY G. McCOMBS et al., Respondents.

Argued October 9, 1941; decided November 19, 1941.

*Samuel M. Cuddeback* for Clara A. Cuddeback et al., appellants.

*Stephen W. Zeh* for Henry G. McCombs et al., respondents.

Order affirmed, with one bill of costs to appellants and one bill of costs to respondents payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.